IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Equal Employment Opportunity Commission,<br><br>                    Plaintiff,<br>    v.<br><br>Happy Dog Enterprises, LLC,<br><br>                    Defendant.<br>_____/ | NO. C 07-01778 JW<br><br>**ORDER RE: HEARING ON MOTION FOR DEFAULT JUDGMENT; VACATING CASE MANAGEMENT CONFERENCE** |

Presently before the Court is Plaintiff's Motion for Default Judgment. (hereafter, "Motion," Docket Item No. 14.) A hearing on the motion is currently scheduled for **December 10, 2007 at 9 A.M.** At the hearing, the Court intends to conduct an evidentiary hearing regarding Plaintiff's claim for compensatory damages. See Fed. R. Civ. P. 55(b)(2). The parties are ordered to prepare relevant testimony and exhibits for presentation at the hearing. Ms. Ponce shall be present at the hearing.

In light of the hearing and the pending motion, the Court VACATES the Case Management Conference presently scheduled for the 10 A.M. calendar on December 10, 2007.

Dated: December 5, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan T. Peck Jonathan.Peck@eeoc.gov
Marcia L. Mitchell marcia.mitchell@eeoc.gov

| | |
|---|---|
| **Dated:  December 5, 2007** | **Richard W. Wieking, Clerk** |
| | By:  **/s/ JW Chambers**<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |

**United States District Court**
For the Northern District of California