1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

| 10 | United States Equal Employment Opportunity Commission, | NO. C 07-01778 JW |
| 11 | | **ORDER TO SHOW CAUSE RE: PLAINTIFF'S EX PARTE APPLICATION FOR PROTECTIVE ORDER** |
| 12 | Plaintiff,<br>v. | |
| 13 | Happy Dog Enterprises, LLC, | |
| 14 | Defendant. | |
| 15 | _____/ | |

16    Before the Court is Plaintiff's Ex Parte Application for Issuance of a Protective Order and

17  Order to Show Cause for Turnover of Sales Proceeds. (See Docket Item No. 23.) Plaintiff seeks an

18  order directing Defendant to deposit proceeds from the sale of is business operations into the registry

19  of the Court to assure payment of the outstanding judgment due to Plaintiff.

20    The Court hereby orders Defendant to appear in Courtroom No. 8, 4th Floor, United States

21  District Court, 280 South First Street, San Jose, California on **Monday, March 24, 2008 at 9:00**

22  **a.m.** and to show cause why a protective order should not be issued.

23    Plaintiff shall serve a copy of this order and Plaintiff's application on Defendant no later than

24  **Monday March 17, 2008**. Defendant shall submit a written opposition, if any, no later than

25  **Thursday, March 20, 2008**.

26
27  Dated: March 13, 2008

JAMES WARE
United States District Judge
28

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan T. Peck Jonathan.Peck@eeoc.gov
Marcia L. Mitchell marcia.mitchell@eeoc.gov


**Dated:  March 13, 2008**                                          **Richard W. Wieking, Clerk**


                                                                    **By:   /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**